IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

REBECCA HEUERMAN, *et al.*,

Plaintiffs,

v.

ETHICON, INC., *et al*.,

Defendants.

Case No. 20-cv-495 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 5/18/2023**            MONICA A. STUMP, Clerk of Court

                                                        **s/Tina Gray, Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**